## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| UNM RAINFOREST INNOVATIONS, <br><br> *Plaintiff,* <br><br> v. <br><br> D-LINK CORPORATION, <br><br> *Defendant.* | CASE NO. 6:20-CV-143-ADA <br><br><br> JURY TRIAL DEMANDED |

### PLAINTIFF UNM RAINFOREST INNOVATIONS' RESPONSE TO DEFENDANT D-LINK CORPORATION'S MOTION TO STAY

Plaintiff UNM Rainforest Innovations ("UNM") responds to Defendant D-Link Corporation's ("D-Link") Opposed Motion to Stay Pending Resolution of Plaintiff's State Court Action Regarding Ownership of the Patents-in-Suit (Dkt. No. 40) as follows:

D-Link seeks to stay this case pending resolution of *UNM Rainforest Innovations v. Industrial Technology Research Institute, et al.*, No. D-202-CV-2021-02803 in the Second Judicial District Court of Bernalillo County, New Mexico ("the New Mexico Action"). Recently, this Court considered similar motions in two related actions. *See UNM Rainforest Innovations v. Dell Technologies Inc., et al.*, No. 6:20-cv-00468-ADA, Dkt. No. 64 (W.D. Tex. June 3, 2021); *UNM Rainforest Innovations v. AsusTek Computer, Inc.*, No. 6:20-cv-00142-ADA, Dkt. No. 41 (W.D. Tex. June 10, 2021). Over UNM's objection, the Court granted Dell and AsusTek's motions and stayed both cases. *See UNM Rainforest Innovations v. Dell Technologies Inc., et al.*, No. 6:20-cv-00468-ADA, Text Order (W.D. Tex. June 22, 2021); *UNM Rainforest Innovations v. AsusTek Computer, Inc.*, No. 6:20-cv-00142-ADA, Text Order (W.D. Tex. June 22, 2021).

Recognizing the similar posture, UNM wishes to preserve its objection; however, it also wishes to avoid rehashing arguments. Therefore, UNM incorporates by reference its Response

1

filed in the *Dell* case, attached hereto as <u>Exhibit 1</u>, as if fully stated herein. *See UNM Rainforest Innovations v. Dell Technologies Inc., et al.*, No. 6:20-cv-00468-ADA, Dkt. No. 66 (W.D. Tex. June 10, 2021).

UNM further brings to the Court's attention the fact that the Defendants in the New Mexico Action have filed a Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens, attached hereto as <u>Exhibit 2</u>. At the recent June 22, 2021 discovery hearing in the *Dell* and *AsusTek* cases, counsel for Dell and AsusTek asked the Court to stay the cases "so the New Mexico litigation can decide the issue," while ITRI's counsel remained silent. This is because ITRI has never had any intent to allow a court in New Mexico decide anything. Unless ITRI submits to the jurisdiction of the New Mexico courts or its motion to dismiss the New Mexico litigation is denied, there is no active case in New Mexico to decide any issues; and therefore, there is no reason to stay this case.

While UNM maintains that a stay is unnecessary altogether, at a minimum this Court should defer ruling on D-Link's Motion until either: (i) the New Mexico Defendants consent to the jurisdiction of the New Mexico court; or (ii) the New Mexico court adjudicates that it has jurisdiction over New Mexico Defendants.

For the foregoing reasons, UNM respectfully requests that the Court deny D-Link's request for a stay of this action. Alternatively, UNM requests that this Court defer ruling on D-Link's Motion until either: (i) the New Mexico Defendants consent to the jurisdiction of the New Mexico court; or (ii) the New Mexico court adjudicates that it has jurisdiction over New Mexico Defendants.

Dated: June 24, 2021                  Respectfully submitted,


By:  /s/ *William D. Ellerman*
      Charles L. Ainsworth (Texas 00783521)
      Robert Christopher Bunt (Texas 00787165)
      PARKER, BUNT & AINSWORTH, P.C.
      1000 East Ferguson, Suite 418
      Tyler, TX 75702
      Tel: (903) 531-3535
      charley@pbatyler.com
      rcbunt@pbatyler.com

      Michael W. Shore (Texas 18294915)
      Alfonso G. Chan (Texas 24012408)
      William D. Ellerman (Texas 24007151)
      Corey M. Lipschutz (Texas 24099303)
      Mark D. Siegmund (Texas 24117055)
      SHORE CHAN LLP
      901 Main Street, Suite 3300
      Dallas, Texas 75202
      Tel: (214) 593-9110
      Fax: (214) 593-9111
      mshore@shorechan.com
      achan@shorechan.com
      wellerman@shorechan.com
      clipschutz@shorechan.com

      **COUNSEL FOR PLAINTIFF**
      **UNM RAINFOREST INNOVATIONS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on June 24, 2021.

.

/s/ *William D. Ellerman*
William D. Ellerman