IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNM RAINFOREST INNOVATIONS,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK CORPORATION,<br><br>Defendant. | Case No. 6:20-CV-00143-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES**

Plaintiff UNM Rainforest Innovations ("UNM") and Defendant D-Link Corporation ("D-Link"), hereby notify the Court that the parties have reached a settlement to resolve all matters in this litigation. Accordingly, UNM and D-Link jointly move the Court to stay all pending deadlines in this case for thirty (30) days to finalize and execute the terms of the settlement agreement and prepare dismissal papers.

DATED:  December 29, 2023                    Respectfully submitted,

                                             By:   /s/ *Corey M. Lipschutz*

Michael W. Shore (Texas 18294915)            Charles L. Ainsworth (Texas 00783521)
THE SHORE FIRM                               Robert Christopher Bunt (Texas 00787165)
901 Main Street, Suite 3300                  PARKER, BUNT & AINSWORTH, P.C.
Dallas, Texas 75202                          100 East Ferguson, Suite 418
Tel: (214) 593-9110                          Tyler, Texas 75702
Fax: (214) 593-9111                          Tel: (903) 531-3535
mshore@shorefirm.com                         charley@pbatyler.com
                                             rcbunt@pbatyler.com
Brian D. Melton (Texas 24010620)
John P. Lahad (Texas 24068095)               Mark D. Siegmund (Texas 24117055)
Corey M. Lipschutz (Texas 24099303)          CHERRY JOHNSON SIEGMUND JAMES LLC
SUSMAN GODFREY L.L.P.                        400 Austin Avenue, Suite 903
1000 Louisiana Street, Suite 5100            Waco, Texas 76701
Houston, Texas 77002-5096                    Tel: (254) 732-2242
Tel: (713) 651-9366                          Fax: (866) 627-3509
Fax: (713) 654-6666                          msiegmund@cjsjlaw.com
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com                     *Counsel for Plaintiff*
clipschutz@susmangodfrey.com                 *UNM Rainforest Innovations*

Ellie R. Dupler (CA Bar No. 337607)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
edupler@susmangodfrey.com

By:  /s/ *Christopher Kao*
Steven P. Tepera (Texas 24053510)
steven.tepera@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Suite 1700
Austin, Texas 78701-3797
Tel: (512) 580-9600
Fax: (512) 580-9601

Christopher Kao (*pro hac vice*)
christopher.kao@pillsburylaw.com
David J. Tsai (*pro hac vice*)
david.tsai@pillsburylaw.com
Brock S. Weber (*pro hac vice*)
brock.weber@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Tel: (415) 983-1000

*Counsel for Defendant D-Link Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ *Corey M. Lipschutz*
Corey M. Lipschutz

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(i), I hereby certify that I conferred with counsel for Defendant and there is no opposition to any of the relief requested in this Motion.

/s/ *Corey M. Lipschutz*
Corey M. Lipschutz